**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02686-WDM-BNB

**LADONNA MULLINS**
    Plaintiff,

v.

**K-MART CORPORATION AND WATKINS AURORA, LLC**

    Defendant.

___

**ORDER GRANTING DEFENDANT KMART CORPORATION'S <u>UNOPPOSED</u> MOTION FOR REMAND TO STATE COURT**
___

    THIS MATTER coming before the Court on the Defendant Kmart Corporation's Unopposed Motion for Remand to State Court.

    HEREBY ORDERS that Defendant Kmart Corporation's Unopposed Motion for Remand to State Court is GRANTED. The Clerk of Court is ordered to REMAND this action to the District Court, City and County of Denver, Colorado.

    Dated this 6th of January, 2010.

                                             By the Court

                                             s/ Walker D. Miller
                                             _____
                                             United States District Court Judge